UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-6436-DMG (PJWx) | Date | July 8, 2011 |
|---|---|---|---|

| Title | Anambra State Association USA, et al. v. United States of America, et al. |
|---|---|

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On May 26, 2011, the Court issued an Order Scheduling Meeting of Counsel [Doc. #26]. That Order states as follows: "The failure to submit a Joint Report in advance of the Scheduling Conference . . . may result in the dismissal of the action . . . and/or the imposition of sanctions." On June 27, 2011, Defendant filed a unilateral Rule 26(f) report due to Plaintiffs' counsel's failure to respond to Defendant's communications regarding the fulfillment of the parties' Rule 26(f) obligations [Doc. # 27].

Plaintiffs shall show cause in writing by no later than July 15, 2011 why the Court should not dismiss this action for failure to prosecute and/or impose monetary sanctions upon Plaintiffs and/or their counsel. Failure to submit a timely and satisfactory response shall result in the dismissal of this action.

The Scheduling Conference set for July 11, 2011 at 11:00 a.m. is VACATED.

IT IS SO ORDERED.